ADELBERT P. LITTLE, Respondent, *v.* THE CITY OF ROCHESTER et al., Appellants.

*Little* v. *City of Rochester,* 87 Hun, 493, affirmed.
(Argued May 9, 1898; decided June 7, 1898.)

APPEAL from a judgment of the late General Term of the Supreme Court in the fifth judicial department, entered June 25, 1895, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at the Monroe Equity Term.

*A. J. Rodenbeck* for appellants.

*Horace McGuire* and *Walter S. Hubbell,* for respondent.

Judgment affirmed, with costs, on opinion below.
All concur.

---

ANN E. MAYTHAM, Respondent, *v.* THE TRAVELERS' INSURANCE COMPANY of Hartford, Connecticut, Appellant.

*Maytham* v. *Travelers' Ins. Co.,* 88 Hun, 616, affirmed.
(Argued May 9, 1898; decided June 7, 1898.)

APPEAL from a judgment of the late General Term of the Supreme Court in the fifth judicial department, entered June 25, 1895, upon an order affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*Clinton B. Gibbs* for appellant.

*William Burnet Wright, Jr.,* for respondent.

Judgment and order affirmed, with costs; no opinion.
All concur.